**Entered on Docket
November 01, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

**E-FILED OCTOBER 29, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for EMC MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 7 |
| EDILIO S. FARINAS, | Case No. S-10-25081-BAM |
| Debtor, | Hearing Date: September 21, 2010
Hearing Time: 1:30 p.m. |
| | Location:  Foley Federal Building
            Courtroom No. 3 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION and its successors and/or assigns came on regularly for hearing before this court on September 21, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

1   IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real
2   property commonly known as 4798 Everman Drive, Las Vegas, NV 89122.
3   SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorneys for EMC MORTGAGE CORPORATION

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_ The Court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

DAVID A. ROSENBERG, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond \_\_\_\_X\_\_\_\_

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###